UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                            CASE NO.  3:09cr13 LAC

MARVIN WAYNE JACKSON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    May 21, 2009
Motion/Pleadings:  NOTICE OF POTENTIAL CONFLICT AND REQUEST FOR GARCIA HEARING
Filed by  GOVERNMENT            on 5/19/09          Doc.#  102

RESPONSES:

                                              on                Doc.#
                                              on                Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   s/Mary Maloy
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of June, 2009, that:*
*(a) The relief requested is **DENIED** as moot.*
*(b)* _____

                                   s/*L.A. Collier*
                                   ***LACEY A. COLLIER***
                                   ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.